TIMOTHY L. ALGER, Bar No. 160303
TAlger@perkinscoie.com
KEVAN FORNASERO, Bar No. 274943
KFornasero@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Respondent
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE INTEGRITY COMMISSION OF TRINIDAD AND TOBAGO, a governmental entity,<br><br>Applicant,<br><br>v.<br><br>GOOGLE, INC., a California corporation,<br><br>Respondent. | CASE NO. 3:14-mc-80229-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE GOOGLE INC.'S RESPONSE TO SUBPOENA** |

WHEREAS, on August 14, 2014, the Court entered an order pursuant to 28 U.S.C. § 1782, permitting the Integrity Commission of Trinidad and Tobago ("Applicant") to issue a subpoena to Google Inc. ("Respondent") and ordering Respondent to respond to the subpoena "within 14 days of service" (Dkt. 3),

WHEREAS, on August 18, 2014, Applicant served Respondent with a subpoena (Dkt. 4),

WHEREAS, on August 25, 2014, Anand Ramlogan and Kamla Persad-Bissessar filed a Notice of Pendency of Other Action or Proceeding, claiming "there has been resolution of all the issues raised in this action before the Northern District of California" (Dkt. 5),

1  WHEREAS, Respondent and Applicant, in light of the August 25, 2014 filing, have
2  agreed to continue Respondent's response date to the subpoena while both sides continue to have
3  meaningful discussions regarding the necessity and manner of Google's response to the subpoena,
4  WHEREAS, Respondent and Applicant have not previously requested the Court to
5  modify a time deadline in the matter,
6  WHEREAS, Respondent and Applicant do not anticipate that the requested time
7  modification will have an effect on the schedule for the matter,
8  THEREFORE, it is stipulated and agreed between Respondent and Applicant, pursuant to
9  Civil Local Rule 6.2(b), to jointly request the Court to grant an order continuing Respondent's
10 response date to the subpoena from September 2, 2014 to September 16, 2014.

11 DATED: _____, 2014    **PERKINS COIE LLP**

13                                  By: _____
                                        KEVAN FORNASERO

15                                  Attorneys for Respondent
                                    GOOGLE INC.

17 DATED: _____, 2014    **DLA PIPER LLP**

19                                  By: _____
                                        GINA L. DURHAM

21                                  Attorneys for Applicant
                                    THE INTEGRITY COMMISSION OF
22                                  TRINIDAD AND TOBAGO

23 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24 DATED: August 29, 2014

26                                  By:_____
                                        HON. WILLIAM H. ORRICK
27                                      United States District Judge

STIPULATION AND ORDER TO CONTINUE GOOGLE INC.'S RESPONSE TO SUBPOENA
CASE NO. 3:14-mc-80229-WHO